EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| In re:                        | 2014 TSPR 74    |
|-------------------------------|-----------------|
| Jessica Patricia Orozco Peña  | 191 DPR ____    |

Número del Caso: TS-17,178

Fecha: 19 de junio de 2014

Materia: Reinstalación al Ejercicio de la Abogacía

Este documento constituye un documento oficial del Tribunal Supremo que está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

In re: Jessica Patricia Orozco
      Peña                    TS-17,178

RESOLUCIÓN

En San Juan, Puerto Rico, a 19 de junio de 2014.

Vista la *Moción sobre reinstalación al ejercicio de la abogacía*, presentada por la Sra. Jessica Patricia Orozco Peña el 17 de junio de 2014, se declara ha lugar la misma. Así, autorizamos su reinstalación al ejercicio de la abogacía.

Publíquese.

Lo acordó el Tribunal y certifica la Secretaria del Tribunal Supremo.

Aida Ileana Oquendo Graulau
Secretaria del Tribunal Supremo